GIUSEPPE MONTALBANO, Appellant, v. FRANCESCO MAZZIATTA, Also Known as FRANK MAZZIATTA, and MARIA MAZZIATTA, His Wife, Respondents.— Judgment reversed on the law and the facts and a new trial granted, costs to appellant to

abide the event. The conveyance made by husband to wife was voluntary. This created a presumption that the conveyance was made in fraud of creditors of the husband, of whom plaintiff was one at the time of the transfer. (*Ga Nun* v. *Palmer*, 216 N. Y. 603.) Under these circumstances, the complaint should not have been dismissed. Findings of fact 6, 7, 8 and 9 are reversed, being without evidence to support them; conclusions of law are reversed. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.